# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                          CASE NO.  3:05cr97LAC

JAMIE CALDWELL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   DECEMBER 30, 2005

Motion/Pleadings:  MOTION FOR DOWNWARD DEPARTURE FROM THE GUIDELINES OR TO RECALCULATE PRIOR CRIMINAL HISTORY CATEGORY

Filed by DEFENDANT                on 12/19/05       Doc.# 80

RESPONSES:

                                              on                     Doc.#

                                              on                     Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is* ***WITHDRAWN*** *(Doc 85).*

*(b)* _____

                                                                      *s/L.A. Collier*
                                                                  ***LACEY A. COLLIER***
                                                  *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.